NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREATBATCH LTD.,**
*Appellant*

**v.**

**AVX CORPORATION,**
*Appellee*

---

2016-1875

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00697.

---

## JUDGMENT

---

RICHARD ALAN NEIFELD, Neifeld IP Law, PC, Alexandria VA, argued for appellant. Also represented by ROBERT MIHAIL.

MICHAEL ROBERT HOUSTON, Foley & Lardner LLP, Chicago, IL, argued for appellee. Also represented by RICHARD SPENCER MONTEI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| February 9, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |